THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MORRIS LEFF, Appellant.

Argued October 17, 1951; decided January 10, 1952.

*Murray I. Gurfein* and *Harris B. Steinberg* for appellant.

*George B. De Luca, District Attorney (George Tilzer* and *Herman J. Fliederblum* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DYE and FROESSEL, JJ. DESMOND and FULD, JJ., dissent upon the opinion of Mr. Justice SHIENTAG dissenting in the Appellate Division.